Richard R. Meneghello, OSB #96361
Email Address:  rmeneghello@laborlawyers.com
Laura P. Jordan, OSB #063855
Email Address:  ljordan@laborlawyers.com
FISHER & PHILLIPS LLP
111 SW Fifth Avenue, Suite 1250
Portland, Oregon  97204
(503) 242-4262 Telephone
(503) 242-4263 Facsimile
Email Address:  pdx@laborlawyers.com

       Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| B.J. SIMPSON, | Case No.  6:10-cv-06400-HO |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| WAL-MART STORES, INC., a foreign business corporation, individually and dba WAL-MART and WAL-MART SUPERCENTER, | |
| Defendant. | |

    Pursuant to FRCP 41 (a)(1)(A)(ii), the parties stipulate that this matter should be dismissed with prejudice and without costs or attorney fees to either party.

///

///

Page 1    STIPULATION OF DISMISSAL

DATED:  April 14, 2011                FISHER & PHILLIPS LLP


/s/Richard R. Meneghello                         .
Richard R. Meneghello, OSB #963610
Laura P. Jordan, OSB #063855
(503) 242-4262
Attorneys for Defendant



CALLAHAN & STEVENS, P.C.


/s/Sharon Stevens                                .
Sharon Stevens, OSB#780880
(503) 390-4133
Attorneys for Plaintiff

Page 2    STIPULATED MOTION TO EXTEND PRETRIAL
              DEADLINES

Portland 90859.1

FISHER & PHILLIPS LLP
111 SW Fifth Ave., Ste. 1250
Portland, Oregon  97204
(503) 242-4262